FREDERICK LOSCHE, Respondent, v. STANDARD RICE COMPANY OF NEW YORK, INC., Appellant.— Judgment reversed upon the law and the facts, and a new trial granted, costs to abide the event, upon the ground that the finding that defendant had assumed a liability to plaintiff is not supported by the evidence. Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.

THOMAS F. MAGNER and ISABELLA C. MAGNER, Appellants, v. MARION STEWART HONEYMAN, Respondent.— Judgment reversed upon the law and the facts, with costs. On the undisputed facts the former means of user by parcel C of its right of way over parcel D has been abandoned (Corning v. Gould, 16 Wend. 531; Welsh v. Taylor, 134 N. Y. 450, 457; Cartwright v. Maplesden, 53 id. 622; Lattimer v. Livermore, 72 id. 174, 182; Pope v. O'Hara, 48 id. 446, 455; Suydam v. Dunton, 84 Hun, 506; Crain v. Fox, 16 Barb. 184), and accordingly to this extent plaintiff is entitled to judgment herein, without costs. Portions of findings inconsistent herewith are reversed and appropriate findings in conformity herewith will be made. Since respondent concedes that she has no right to use the right of way for the purpose of parcel E, no adjudication with reference thereto is necessary. Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ., concur. Settle order on notice.

EDYTH F. MOORE, Respondent, v. THE VELISA REALTY CORPORATION, Defendant. ISIDOR SCHIMMEL and ABRAHAM LEVY, Appellants.— Judgment and order unanimously affirmed, with costs. The participation of Schimmel and Levy in the trial estopped them from asserting that the claim was not duly assigned to plaintiff. Therefore, defendant The Velisa Realty Corporation is protected against another action upon the same claim. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

ANDREA MARCHETTI and ELISA MARCHETTI, Appellants, v. VITO F. LANZA and DOROTHY L. BRENNAN, Respondents.— Order denying mot'on for temporary injunction modified so as to read as follows: " Ordered that defendants and each of them are restrained and enjoined from conveying or transferring the bond and mortgage set forth in the complaint herein, during the pendency of this action, upon condition that plaintiffs, within ten days from the service of a copy of this order with notice of entry thereof upon the attorney, execute, acknowledge and deliver an undertaking, executed by plaintiffs and one or more sureties, to the effect that plaintiffs will pay to defendants, or either of them, such damages, not exceeding the sum of $2,000, as they, or either of them, may sustain by reason of the injunction if the court finally decide that plaintiffs were not entitled thereto." As so modified, the order is affirmed, without costs. No op nion. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

MAE MUNSON, Appellant, v. THE BROOKLYN CITY RA LROAD COMPANY, Respondent, and ROLIN TRUCKING CORPORATION, Defendant.— Order granting motion for a bill of particulars modified by striking out the last paragraph thereof, numbered 3, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Rich, Young and Seeger, JJ., concur; Carswell, J., dissents.